**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL ISREAL, | CASE NO. CV-F-04-5064 AWI SMS HC |
|       Petitioner, | ORDER GRANTING RESPONDENT'S REQUEST TO FILE SUPPLEMENTAL ANSWER |
|    vs. | |
| J. SULLIVAN, Warden, | [Doc. 19] |
|       Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition for writ of habeas corpus on January 13, 2004. Respondent filed an answer on November 3, 2004, and Petitioner filed a traverse on December 6, 2004. Thus, the case is ready for review on the merits.

On August 8, 2005, Respondent filed a request to submit a supplemental answer discussing recent case law. (Court Doc. 19.) Respondent attaches the supplemental answer to his motion.

Pursuant to Local Rule 5-137(c), "[i]f filing a document requires leave of Court, ... counsel shall attach the document proposed to be filed as an exhibit to the motion and lodge a proposed order as required by these Rules. If the Court grants the motion, counsel shall file and serve the document in accordance with these Rules and the Federal Rules of Civil and Criminal Procedure.

///

1     Respondent's request to file a supplemental answer is GRANTED and within fifteen (15) days
2 from the date of service of this order, Respondent shall submit his supplemental answer in accordance
3 with Local Rule 5-137(c).

5 IT IS SO ORDERED.

6 **Dated:**    **August 16, 2005**          **/s/ Sandra M. Snyder**
icido3                                              UNITED STATES MAGISTRATE JUDGE