IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ISREAL,            Petitioner,     vs.  J. SULLIVAN, Warden,            Respondent. | CASE NO. CV-F-04-5064 AWI SMS HC  ORDER GRANTING PETITIONER TIME TO FILE SUPPLEMENTAL TRAVERSE  [Docs. 21, 22] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 17, 2005, the Court granted Respondent's request to submit a supplemental answer to the petition addressing the relevant new legal authority. Respondent submitted its supplemental answer on September 21, 2005. By this order, the Court will grant Petitioner the opportunity to file a supplemental traverse, if he desires to do so.

Accordingly, within **twenty (20)** days from the date of service of this order, Petitioner may file a supplemental traverse, if he desires.

IT IS SO ORDERED.

**Dated:   October 3, 2005**                    **/s/ Sandra M. Snyder**
icido3                                              UNITED STATES MAGISTRATE JUDGE

1