IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ISREAL,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>J. SULLIVAN, Warden,<br><br>　　　　　Respondent._____ / | CASE NO. CV-F-04-5064 AWI SMS HC<br><br>ORDER DIRECTING CLERK OF COURT TO FILE PETITIONER'S REPLY TO RESPONDENT'S SUPPLEMENTAL ANSWER AND SERVE COPY ON RESPONDENT |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　On September 21, 2005, Respondent submitted a supplemental answer to the petition. Pursuant to the Court's order of October 4, 2005, Petitioner was granted twenty days from the date of service to file a supplemental traverse, if he desired to do so. On November 14, 2005, Petitioner submitted his supplemental traverse, which is lodged in this Court.

　　　　In the interests of justice, the Court will construe Petitioner's late filing of his supplemental traverse, as a request to file a late traverse, and the Court grants such request. The Clerk of Court will be directed to file Petitioner's supplemental traverse and to serve a courtesy copy on Respondent.[1]

---

[1] Petitioner is advised however that all pleadings filed with the Court <u>must be served on the opposing</u> party. Local Rule 5-135(b); Fed.R.Civ.P. 5.

Based on the foregoing, it is HEREBY ORDERED that:

1. Petitioner's supplemental traverse, lodged November 15, 2005, shall be filed; and
2. The Clerk of Court shall serve a copy of Petitioner's supplemental traverse on Respondent.

IT IS SO ORDERED.

**Dated:   January 6, 2006**                          **/s/ Sandra M. Snyder**
icido3                                       UNITED STATES MAGISTRATE JUDGE