IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ISREAL,<br><br>    Petitioner,<br><br>    vs.<br><br>WARDEN J. SULLIVAN,<br><br>    Respondent.<br>_____/ | 1:04-CV-5064 AWI SMS HC<br><br>ORDER DISREGARDING MOTION<br>FOR EXTENSION OF TIME AS MOOT<br><br>(Document No. 41) |

       Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254.

       On April 19, 2007, petitioner filed a motion for extension of time to file objections to the findings and recommendations to the petition for writ of habeas corpus. On April 19, 2007, petitioner also filed his objections to the findings and recommendations. Inasmuch as petitioner filed his objections, petitioner's motion for extension of time is disregarded as MOOT.

       Accordingly, IT IS HEREBY ORDERED that petitioner's motion for extension of time is disregarded as MOOT.

IT IS SO ORDERED.

**Dated:   May 18, 2007**               /s/ Sandra M. Snyder
                                                UNITED STATES MAGISTRATE JUDGE