1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

9    MICHAEL ISREAL,                          CV F   04-5064 AWI SMS HC

10                    Petitioner,             ORDER DEEMING REQUEST FOR
                                              CERTIFICATE OF APPEALABILITY
11         v.                                 UNNECESSARY

12                                            [Doc. 45]
     J. SULLIVAN, Warden,
13
                      Respondent.
14   _____/

15
          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus
16
     pursuant to 28 U.S.C. § 2254.
17
          On May 25, 2007, the instant petition for writ of habeas corpus was DENIED and
18
     judgment was entered in favor of Respondent.  (Court Docs. 43, 44.)  On June 18, 2007,
19
     Petitioner filed a notice of appeal.
20
           In the instant case, a certificate of appealability is not necessary because Petitioner did
21
     not challenge the validity of his conviction, but rather the denial of parole.  As such, no
22
     certificate of appealability is necessary.  See Rosas v. Nielsen, 428 F.3d 1229, 1231-1232 (9th
23
     Cir. 2005); White v. Lambert, 370 F.3d 1002, 1010-1013 (9th Cir. 2004) (no certificate of
24
     appealability required for denial of petition challenging parole or any other administrative
25
     decision by prison officials in making a determination regarding the execution of prisoner's
26
     sentence).
27
28

                                              1

Accordingly, it is HEREBY ORDERED that a request for certificate of appealability is unnecessary.

IT IS SO ORDERED.

**Dated:    July 30, 2007**                          _____/s/ Anthony W. Ishii_____
                                          UNITED STATES DISTRICT JUDGE